Recording Requested By:

And When Recorded Mail To:
**T.D. Service Company**
**4000 W. Metropolitan Dr.**
**Suite# 400**
**Orange, CA 92868**

_____ above for Recorder's use _____

Customer#: **1/1**   Service#:

## ASSIGNMENT OF MORTGAGE

FOR VALUE RECEIVED, **BENEFICIAL MAINE INC.,A DELAWARE CORPORATION, 636 GRAND REGENCY BLVD, BRANDON, FL 33510-0000**, hereby assign and transfer to **U.S. BANK TRUST, N.A., AS TRUSTEE FOR LSF9 MASTER PARTICIPATION TRUST, 13801 WIRELESS WAY, OKLAHOMA CITY, OK 73134-0000**, all its right, title and interest in and to said Mortgage in the amount of **$83,433.32**, recorded in the State of **MAINE**, County of **FRANKLIN** Official Records, dated **FEBRUARY 27, 2007** and recorded on **MARCH 07, 2007**, **as Instrument No. 2150**, **in Book No. 2877**, **at Page No. 36**.
Executed by: **ROLAND S. TOURTELOTTE AND PATTI M. COLLINS** (Original Mortgagor).
Original Mortgagee: **BENEFICIAL MAINE INC.**.

Date: **FEBRUARY 05, 2016**
**BENEFICIAL MAINE INC.,A DELAWARE CORPORATION, BY CALIBER HOME LOANS, INC., AS ATTORNEY IN FACT**

By: _____
**Kendra Cook, Vice President**

State of   **OKLAHOMA**         }
County of **OKLAHOMA**         } ss.

On **FEBRUARY 05, 2016** , before me, **B. Coulter**, a Notary Public, personally appeared **Kendra Cook** , who proved to me on the basis of satisfactory evidence to be the person(s) whose name(s) is/are subscribed to the within instrument and acknowledged to me that he/she/they executed the same in his/her/their authorized capacity(ies) and that by his/her/their signature(s) on the instrument the person(s), or the entity upon behalf of which the person(s) acted, executed the instrument.
Witness my hand and official seal.

_____
(Notary Name): **B. Coulter**
My commission expires: 05/14/2016

**B. COULTER**
Notary Public
State of Oklahoma
Commission # 12004612  Expires 05/14/16

Prepared By: **Caliber Home Loans, Inc.**
**13801 Wireless Way**
**Oklahoma City, OK 73134**
**ROHIT RANJAN, (405) 608-2535**

TD Services Company, Santa Ana, CA-cen

Received
Franklin County Registry of Deeds
Susan A Black, REGISTER

**EXHIBIT D**