## Assignment of Deed of Trust/Mortgage

For Value received, the receipt and sufficiency of which are hereby acknowledged, U.S. Bank Trust, N.A., as Trustee for LSF9 Master Participation Trust, 13801 Wireless Way, Oklahoma City, OK 73134 ("Assignor"), hereby sells, assigns and transfers to Citibank, N.A. as Trustee for CMLTI Asset Trust, 388 Greenwich St., 14th Floor, New York, NY 10013 ("Assignee"), without recourse, all of its rights and interests in: (i) the following mortgage, deed of trust or security deed ("Security Instrument") from the below named grantor or mortgagor to or for the benefit of Assignor; (ii) the property described therein; (iii) the Commercial Promissory Note (the "Note") executed in connection therewith; and (iv) all of the other instruments executed in connection with the loan evidenced and secured by the Security Instrument and Note, together with all of the Assignor's rights appurtenant thereto;

| | |
|---|---|
| Title of Security Instrument: | Mortgage |
| Date of Security Instrument: | 02/27/2007 |
| Filed Date of Security Instrument: | 03/07/2007 |
| Book/Page or Instrument #: | Book 2877 Page 36 |
| Mortgagor or Grantor: | Roland S. Tourtelotte and Patti M. Collins |
| Recording Office: | Franklin County |
| Property Address: | 922 Weld Road, Wilton, Maine 04294 |

TO HAVE AND TO HOLD the same unto Assignee and unto its successors and assigns forever, subject only to the terms and conditions of the above-described Mortgage.

Assignor is the present holder of the above described Mortgage.

IN WITNESS WHEREOF, Assignor has caused this Assignment to be executed as of 17 day of July, 2018.

I HEREBY CERTIFY that this instrument was drafted by or under the supervision of the Assignor.

U.S. Bank Trust, N.A., as Trustee for LSF9 Master Participation Trust by Caliber Home Loans, Inc., its attorney-in-fact

By:
TITLE: Martha Ellis
Sr. Vice President


EXHIBIT E

Bk 4020 Pg121 #6100

State of Oklahoma

County of Oklahoma

Before me, the undersigned, a Notary Public, in and for said County and State, this ___ day of _____, 2018, personally appeared Martha Ellis, Senior VP, of U.S. Bank Trust, N.A., as Trustee for LSF9 Master Participation Trust and acknowledged the execution of the foregoing instrument.

_____
Notary Public
Print Name: _____
My Commission expires: _____

This document prepared by:
Firm/Company: SingleSource Property Solutions
Address: 1000 Noble Energy Drive, Suite 300
City, State, Zip: Canonsburg, PA 15317

After recording return to:
Collateral Department Meridian Asset Services, Inc.
3201 34th Street South, Suite 310
St. Petersburg, FL 33711

Loan #
Loan Reference #:

THE LAND AND BUILDINGS IN SAID WILTON, BOUNDED AND DESCRIBED AS FOLLOWS:

BEGINNING ON THE SOUTHERLY SIDE OF STATE HIGHWAY NO. 156, THE MAIN HIGHWAY LEADING FROM WILTON TO WELD, AND AT THE NORTHWESTERLY CORNER OF LAND OF HERMAN TOURTELOTTE AND MYRTLE TOURTELOTTE; THENCE WESTERLY ON THE SOUTHERLY SIDE OF THE HIGHWAY ONE HUNDRED (100) FEET; THENCE SOUTHERLY PARALLEL WITH THE WESTERLY LINE OF SAID TOURTELOTTE LAND TO THE COOS BROOK; THENCE EASTERLY ALONG SAID BROOK TO LAND OF SAID TOURTELOTTES; THENCE NORTHERLY ALONG THE WESTERLY LINE OF SAID TOURTELOTTE LAND TO THE POINT OF BEGINNING AT AN IRON POST. TAX MAP OR PARCEL ID NO.: 25-12